UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80106-Cr-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HAL MARK KREITMAN,

    Defendant.

_____/

## UNOPPOSED MOTION FOR COMPASSIONATE RELEASE

Defendant HAL MARK KREITMAN, through undersigned counsel, respectfully requests that the Court reduce the Defendant's sentence in this case to time served pursuant to applicable compassionate release provisions of 18 U.S.C. § 3582(c)(1)(A) and for the reasons set forth below:

1.  The Defendant's case is presently before the Court pending a resentencing hearing focusing on restitution issues. The Defendant is currently confined at a halfway house in group living conditions in Broward County, completing the last portion of the 7-year imprisonment sentence imposed in this case. Prior to his release to the halfway house, the Defendant properly submitted to the warden of the federal prison institution where was he was housed (Federal Correctional Institution, Miami, Florida) a request for administrative grant of compassionate release, citing significant family health concerns. Through counsel, the Defendant supplemented his request based on important factors relating to COVID-19 infection risks. The warden denied the request and the Defendant began the halfway house portion of his sentence on March 31, 2020. The Defendant's full-term expiration date is presently in approximately seven months, December 21, 2020.

2.  Undersigned counsel contacted counsel for the government in this case, Assistant United States Attorney E.J. Yera, who has authorized counsel to represent the following: "The United States agrees to the granting of this compassionate release motion in this particular instance.

Given the relevant factors he appears to be eligible for relief under these particular circumstances and the United States agrees that he should be immediately released." Further, the Defendant has agreed as part of this relief, and in the interests of justice and judicial economy, to withdraw any objection to the restitution order previously entered in this case, so as to thereby obviate the need for any further hearing in this matter.

3. The COVID-19 crisis, and particularly its impact on inmates in group confinement circumstances, has been recognized by numerous courts as an important factor in the consideration of motions for compassionate release under § 3582(c)(1)(A). As of this date, more than **4,100** federal inmates (in federal prison and halfway house institutions) have been infected with the virus, among whom **50** have died. *See* https://www.bop.gov/coronavirus/. Mr. Kreitman's parents are aged and his mother is seriously ill. The Defendant is in his late 50's, and he is needed to assist in family care.

4. Because the government agrees to the relief in this case, and because the extraordinary circumstances of the present pandemic warrant allowing the defendant to conclude the halfway house portion of his sentence and begin his supervised release term, the requirements of § 3582(c)(1)(A) are fully satisfied in this case. Hence, with the agreement of the government, Defendant requests that the Court grant his request for reduction of his sentence to time served.

WHEREFORE, Defendant Hal Mark Kreitman respectfully requests that the Court grant his compassionate release request to reduce his sentence to time served, so that he may commence his supervised release term, and that the Court enter an order cancelling further restitution proceedings based on the Defendant's agreement to the previously calculated restitution amount.

Respectfully submitted,

s/ Richard C. Klugh
Richard C. Klugh, Esq.
Florida Bar No. 305294
40 N.W. 3rd St., PH1
Miami, Florida  33128
Tel. 305-536-1191  Fax 305-536-2170
